```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ELIZABETH FLINT,                                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :    22 Civ. 5275 (JPC)
            -v-                                                        :
                                                                       :    ORDER
NYU LANGONE HOSPITALS,                                                 :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed her Amended Complaint on October 18, 2022.  *See* Dkt. 14.  Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's deadline to respond to the Amended Complaint was November 1, 2022.  That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Defendant.  Accordingly, the Court adjourns *sua sponte* Defendant's deadline to respond to the Amended Complaint to November 4, 2022.

      SO ORDERED.

Dated: November 2, 2022
      New York, New York
                                                   JOHN P. CRONAN
                                                   United States District Judge