# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600

August 17, 2023

*Via ECF*
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Application to Stay Discovery and Leave to File a Status Letter by October 17, 2023*
      *Elizabeth Flint v. NYU Langone Hospitals; Docket No. 22-cv-5275 (JPC)(RWL)*

Dear Judge Cronan:

   We represent plaintiff Elizabeth Flint in the above-entitled action.  Together with defendant NYU Langone Hospitals we respectfully ask the Court to stay all outstanding deadlines, and to permit the parties to file a status letter by October 17, 2023 updating the Court as to the outcome of settlement discussions.  The parties make this request as they have a settlement conference scheduled for October 10, 2023 before Magistrate Judge Robert W. Lehrburger.  The stay would therefore enable the parties to focus their efforts on settlement, as opposed to preparing for a trial that may be unnecessary.

   Thank you for your time and attention to this matter.

                                   Respectfully submitted,

                                   /s/

                                   Robert G. Hanski, Esq.

The request granted.  All deadlines are stayed pending the settlement conference.  The parties shall file a status letter as to settlement by October 17, 2023.  The Clerk of Court is respectfully directed to close Docket Number 33.

SO ORDERED.

August 18, 2023
New York, New York

JOHN P. CRONAN
United States District Judge