```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIZABETH FLINT,

                Plaintiff,

      - against -

NYU LANGONE HOSPITALS,

                Defendant.
-----------------------------------------------------------X

22-CV-5275 (JPC) (RWL)

ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at today's settlement conference, Defendant will provide a status update to the Court regarding elements of potential settlement by February 15, 2023. In the meantime, the parties shall cooperate in good faith with the goal of arriving at a settlement.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 5, 2023
       New York, New York

Copies transmitted this date to all counsel of record.