**SO ORDERED:**

5/21/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:   (516).880.8378
FAX:   516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

May 21, 2025

VIA ECF

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   Elizabeth Flint v. NYU Langone Hospitals; Docket No. 22-cv-5275 (JPC)

Dear Judge Lehrburger:

    We represent the Defendant in the above-referenced matter and, with the consent of Plaintiff's counsel, write to request that the deadline for pre-settlement conference submissions in advance of the May 28, 2025 settlement conference be extended from today to Friday, May 23, 2025 at 12pm. The reason for this request is that the undersigned's wife was just discharged from the hospital after a four-week stay due to a critical illness. The undersigned has spent much of the beginning of this week coordinating home care and outpatient kidney dialysis for his wife and Sthus requires an additional one-and-one-half days to complete the submissions.

Respectfully,

Roy W. Breitenbach

Roy W. Breitenbach

RWB:ab