# SMITH LEGAL ADVISORS LLC

85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 920-689-3315

July 2, 2025

<u>Via ECF</u>
The Honorable John P. Cronan
United States District Court
500 Pearl Street
New York, New York 10007

*The request is denied as moot in light of Defendant's letter at Docket Number 70. The Clerk of Court is respectfully directed to close Docket Number 69.*

*SO ORDERED*
*July 7, 2025*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re:   <u>Elizabeth Flint v. NYU Langone Hospitals; Docket No. 22-cv-5275 (JPC)</u>

Dear Judge Cronan:

    We represent plaintiff Elizabeth Flint in the above-entitled case. We respectfully submit this letter to request an order from the Court ordering defendant NYU Langone Hospitals ("Defendant") to communicJuly 2, 2025ate with Plaintiff regarding the deadline to file a Joint Pretrial Order and related documents (collectively, the "JPTO"), currently due by July 11, 2025 (ECF No. 67). Specifically, the Court ordered any dispositive motion to be filed by July 11, 2025[1] and "[i]f no dispositive motions are filed, the parties shall submit JPTO by July 11, 2025.

    Because of the Court's Order, Plaintiff has reached out to Defendant multiple times to determine if Defendant is going to file a dispositive motion (Plaintiff does not intend to file a motion) and inquired whether the parties should proceed to work on the JPTO. There has been no response from Defendant.

    In light of the failure to respond to multiple inquiries by Plaintiff, both by phone and email, Plaintiff respectfully asks the Court for an order requiring Defendant to respond to Plaintiff by close of business on July 3, 2025, or as soon as the Court deems appropriate.

    Thank you for your time and consideration of this matter.

Respectfully,

/s
Susan K. Smith, Esq.

---

[1] Any opposition to the dispositive motion is due July 25, 2025, on which date counsel for the plaintiff will be out of the country. Plaintiff intends to ask the Court for an extension of this time, but cannot do so because Defendant has not indicated if they intend to file a motion.