UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIZABETH FLINT,

                Plaintiff,

            -v-                                            22 Civ. 5275 (JPC)

NYU LANGONE HOSPITALS,                          ORDER

                Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       A settlement conference in this case occurred before Judge Lehrburger on September 16, 2025. Accordingly, Plaintiff's opposition to Defendant's motion for summary judgment is due by October 14, 2025, and Defendant's reply, if any, is due by October 28, 2025. *See* Dkt. 80.

       SO ORDERED.

Dated: September 17, 2025
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge