UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                  :

ELIZABETH FLINT,                    :

                Plaintiff,      :

                    :

        -v-               :        22 Civ. 5275 (JPC)

                    :

NYU LANGONE HOSPITALS,      :        ORDER

                    :

             Defendant.    :

                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned on May 8, 2026, at

11:00 a.m. for a status conference in this case.  The conference will be held in Courtroom 12D of

the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: May 5, 2026
      New York, New York                      JOHN P. CRONAN
                                   United States District Judge